UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | Case No. 21-cr-2983-JLS |
| v. | ) | |
| ANTHONY AVILA, | ) | ORDER |
| Defendant. | ) | |

The United States of America and defendant ANTHONY AVILA jointly move to continue the motion hearing/trial setting set for December 3, 2021, at 1:30 p.m.

For reasons stated in the joint motion, incorporated by reference herein, the Court finds good cause to continue the hearing.

IT IS ORDERED that the joint motion is granted. The motion hearing/trial setting shall be continued to January 21, 2022 at 1:30 p.m.

Further, time is excluded from December 3, 2021 through the motion hearing to be heard on January 21, 2022, pursuant to Title 18, United States Code, Section 3161 (h)(1)(D) and (h)(7)(A).

IT IS SO ORDERED.

Dated: December 1, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge