# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY AVILA,<br><br>Defendant. | Case No.: 21-cr-02983-JLS<br><br>**ORDER GRANTING JOINT MOTION TO (1) CONTINUE MOTION HEARING AND TRIAL SETTING; AND (2) EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT** |

    The United States of America and defendant Anthony Avila jointly move to continue the Motion Hearing and Trial Setting set for January 21, 2022 at 1:30 p.m. The parties also jointly move to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7).

    For reasons stated in paragraph 3 of the joint motion, incorporated by reference herein, the court finds the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial.

    IT IS ORDERED that the joint motion is granted. The Motion Hearing and Trial Setting shall be continued to February 25, 2022 at 1:30 p.m.

    IT IS FURTHER ORDERED that the period of delay from the filing of the joint motion until February 25, 2022 shall be excluded in computing the time within which

the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161. Time is excluded in the interests of justice because the absence of a continuance could result in a miscarriage of justice. *See* 18 U.S.C. §§ 3161(h)(7)(A), (B)(i).

IT IS SO ORDERED.

Dated: January 19, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge